**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

JENNIFER SCHANTZ,

    Plaintiff,

v.                                                         CIVIL ACTION NO.: 1:11-cv-01908-WDQ

FIRST SOURCE ADVANTAGE, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JENNIFER SCHANTZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated:  October 28, 2011                    RESPECTFULLY SUBMITTED,

                                                                     By:  /s/ Fredrick Nix
                                                                     Fredrick Nix
                                                                       Law Office of Fredrick E. Nix
                                                                       240 S Potomac Street
                                                                       Hagerstown, MD 21740

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

J. Grace Felipe

CARLSON & MESSER, LLP

5959 W. Century Boulevard, Ste. 1214

Los Angeles, California 90045

e-mail: FelipeG@cmtlaw.com

  /s/ Fredrick Nix
Fredrick Nix